UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **ROBERT SHARP,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:11-CV-01333-NAB |
| ) | |
| **SUSAN SINGER et al,** ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

On December 14, 2011, Petitioner filed a Motion for Extension of Time to Respond to the Court's November 17, 2011 Order. [Doc. 23]. In the November 17, 2011 Order, the Court ordered Petitioner to file a response to Defendant Susan Singer's Motion for Summary Judgement and to produce any evidence he has in support of his response within thirty (30) days of the date of that Order. The Court will grant Petitioner's request for additional time to respond.

Defendant included multiple documents with his Motion for Extension of Time, however, those documents should be included with Petitioner's response to the Court's November 17, 2011 Order. Therefore, the Court is returning to Petitioner all documents received with his Motion for Extension of Time, with the exception of the motion itself. In his response, Defendant shall include only those documents that are relevant to addressing the issues presented by Defendant Susan Singer in her Motion for Summary Judgement.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion for Extension of Time to Respond to the Court's November 17, 2011 Order is **GRANTED**. [Doc. 23].

**IT IS FURTHER ORDERED** that Petitioner's Response to the Court's November 17, 2011 Order is due no later than January 16, 2012.

**IT IS FURTHER ORDERED** that all documents received by the Court that were included with Petitioner's Motion for Extension of Time to Respond to the Court's November 17, 2011 Order shall be mailed back to Petitioner, except the motion itself.

Dated this <u>15th</u> day of December, 2011

    <u>/s/ Nannette A. Baker</u>
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE