UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT SHARP, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. 4:11-CV-01333 NAB |
| | ) | |
| SUSAN SINGER, M.D., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF DISMISSAL**

**IT IS HEREBY ORDERED** that upon the filing of the stipulation of dismissal on May

21, 2012, (Doc. No. 49) the claims in this action are **DISMISSED without prejudice** as to

Charles Bryson, Eugene Stubblefield, and Leon Edwards.

Dated this 30th day of May, 2012.

/s/Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE